UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
                                                    )
IN RE:        CYRIL MICHAEL RICKWALDER )         Case No. 16-10289
                                                    )
        Debtor.                      )         Chapter 7
_____ )

## DEBTOR'S MOTION TO EXCUSE DEBTOR FROM REQUIREMENTS OF 11 USC §109 AND 11 U.S.C. § 1328

The Debtor, Cyril M. Rickwalder, by counsel, files this, pursuant to 11 USC § 109(h)(4), his Motion to Excuse Debtor from Requirements of 11 USC § 109(h)(1) and 11 USC § 727(a)(11) and in support thereof, states as follows:

1. This case, filed on January 28, 2016, is a case under chapter 7 of the Bankruptcy Code.

2. The Debtor, Mr. Rickwalder, is impaired by reason of mental illness or mental deficiency so that he is incapable of realizing and making rational decisions with respect to his financial responsibilities.

WHEREFORE, in the interests of justice and convenience of the debtor, Mr. Cyril Rickwalder, through counsel, respectfully requests that the Court determine that the debtor meets the requirements of 11 U.S.C. § 109(h)(4).

Date: January 28, 2016            Respectfully submitted,
                                  SUROVELL, ISAACS, PETERSEN, & LEVY
                                  PLC

                                    /s/ Nathan D. Baney_____
                                  Nathan D. Baney, Esq.   (V.S.B. No. 75935)
                                  4010 University Ave., 2nd Floor
                                  Fairfax, Virginia   22030
                                  Direct:   (703) 277-9768
                                  nbaney@siplfirm.com

1

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this, 28th day of January, 2016 that a true copy of the foregoing has been served via the Court's CM/ECF system on all parties receiving notice thereunder including the following:

United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, Virginia   22314

                                          ___/s/ Nathan D. Baney